IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCES J. HANLON, on behalf of herself and those similarly situated, </br></br>  Plaintiff,</br></br>V.</br></br>PHH MORTGAGE CORPORATION, AS SUCCESSOR TO MAVERIK FINANCIAL CORP., PHH MORTGAGE SERVICING CORPORATION, AND PHH MORTGAGE SERVICES</br></br>  Defendants. | CASE NO. 21 CV 3057 |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

  Now Comes Plaintiff, FRANCES J. HANLON. with her motion to voluntarily dismiss with prejudice her claims and voluntarily dismiss without prejudice the claims of the uncertified class and in support of this motion states as follows:

  1. Plaintiff, Frances J. Hanlon, has been made whole by Defendant PHH Mortgage Corporation. As such, Plaintiff, Frances J. Hanlon can no longer adequately represent the putative class.

  2. Plaintiff, seeks dismissal of this action in the interest of justice.

  3. Pursuant to Rule 23 a motion to dismiss the cause of action of the uncertified class is necessary to dispose of this action.

  WHEREFORE, Plaintiff prays this court dismiss with prejudice the claims of Frances J. Hanlon and dismiss without prejudice the claims of the uncertified class.

              Respectfully submitted,

              /s/Robert T. Hanlon,
              Robert T. Hanlon
              Attorney for Plaintiff

Dated: September 7, 2021

Prepared by:
Robert T. Hanlon
Law Offices of Robert T. Hanlon
 And Associates P.C.
131 East Calhoun Street
Woodstock, Illinois 60098